NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARBOR GLOBAL STRATEGIES, LLC,**
*Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD.,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

**ARBOR GLOBAL STRATEGIES, LLC,**
*Appellant*

v.

**XILINX, INC., TAIWAN SEMICONDUCTOR MANUFACTURING CO. LTD.,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES**

2      ARBOR GLOBAL STRATEGIES, LLC v.
        SAMSUNG ELECTRONICS CO., LTD.

## PATENT AND TRADEMARK OFFICE,
*Intervenor*

---

2022-1465, 2022-1466, 2022-1467, 2022-1549, 2022-1550, 2022-1551, 2022-1552

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01020, IPR2020-01021, IPR2020-01022, IPR2020-01567, IPR2020-01568, IPR2020-01570, IPR2020-01571.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

Upon consideration of Samsung Electronics Co., Ltd. Taiwan Semiconductor Manufacturing Company, Ltd., and Xilinx, Inc.'s motion to waive Federal Circuit Rule 34 (e)(2) to allow three counsel to present oral argument for Samsung, Xilinx, and the PTO Director,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

May 24, 2024
Date

Jarrett B. Perlow
Clerk of Court